```
 1
 2
 3
 4
 5
 6
 7                         UNITED STATES DISTRICT COURT
 8                        CENTRAL DISTRICT OF CALIFORNIA
 9
10
11   ANTHONY WALKER, aka            ) Case No. CV 09-2228-AHM(RC)
     ANTHONY NEAL WALKER,           )
12                                  )
                  Petitioner,       )
13                                  )
     vs.                            ) ORDER ADOPTING REPORT AND
14                                  ) RECOMMENDATION OF UNITED STATES
     STEVE TREVINO,¹ WARDEN, ET     ) MAGISTRATE JUDGE
15   AL.,                           )
                                    )
16                Respondents.      )
                                    )
17
```

18   Pursuant to 28 U.S.C. Section 636, the Court has reviewed the

19   Petition and other papers along with the attached Report and

20   Recommendation of United States Magistrate Judge Rosalyn M. Chapman,

21   and has made a _de novo_ determination.

22

23   IT IS ORDERED that (1) the Report and Recommendation is approved

24   and adopted; (2) the Report and Recommendation is adopted as the

25   findings of fact and conclusions of law herein; (3) respondent's

26   motion to dismiss is granted, and the Court finds petitioner has

27

---

28   [1] Pursuant to Fed. R. Civ. P. 25(d)(1), Steve Trevino is substituted as respondent.

failed to exhaust his state court remedies; and (4) Judgment shall be entered dismissing the petition and action without prejudice.

This Court finds an appeal would not be taken in good faith, and petitioner has not made a substantial showing that he has been denied a constitutional right and the Court was not correct in its procedural rulings for the reasons set forth in the Report and Recommendation. Accordingly, a certificate of appealability should not issue under 28 U.S.C. § 2253(c)(2) and Fed. R. App. P. 22(b). Slack v. McDaniel, 529 U.S. 473, 483, 120 S. Ct. 1595, 1604, 146 L. Ed. 2d 542 (2000); Petrocelli v. Angelone, 248 F.3d 877, 883-84 (9th Cir. 2001).

IT IS FURTHER ORDERED that the Clerk shall serve copies of this Order, the Magistrate Judge's Report and Recommendation and Judgment by the United States mail on petitioner.

DATED:    January 20, 2010

_____
A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE

R&R\09-2228.ado
1/13/10

2