UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY WALKER, aka ANTHONY NEAL WALKER,<br><br>  Petitioner,<br><br>vs.<br><br>STEVE TREVINO,[1] WARDEN, ET AL.,<br><br>  Respondents. | Case No. CV 09-2228-AHM(RC)<br><br>JUDGMENT |

Pursuant to the Order of the Court adopting the findings, conclusions, and recommendations of United States Magistrate Judge Rosalyn M. Chapman,

IT IS ADJUDGED that the petition for writ of habeas corpus and action are dismissed without prejudice.

DATE: January 20, 2010

_____
A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE

**JS-6**

---

[1] Pursuant to Fed. R. Civ. P. 25(d)(1), Steve Trevino is substituted as respondent.

R&R\09-2228.jud
12/18/09